**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>Marwan Hachem</u>

    v.                                                          Case No. 22-cv-233-LM

<u>FCI Berlin Warden</u>

## REPORT AND RECOMMENDATION

Marwan Hachem, a federal prisoner who was incarcerated at the Federal Correctional Institution in Berlin, New Hampshire ("FCI Berlin"), has filed a petition for a writ of habeas corpus (Doc. No. 1) under 28 U.S.C. § 2241, challenging the Federal Bureau of Prisons' ("BOP") determination that his immigration detainer made him ineligible for the application of First Step Act earned time sentencing credits. Petitioner asked this court to direct the BOP to recalculate his sentence and release date so that he could be released early from BOP custody to begin his term of supervised release. The parties' cross-motions for summary judgment are before this court (Doc. Nos. 5, 9).

A prisoner's release from BOP custody moots his § 2241 petition challenging the calculation of his time credits and the length of the imprisonment component of his sentence. See Francis v. Maloney, 798 F.3d 33, 38 (1st Cir. 2015). This court cannot backdate the date of a prisoner's actual release from physical confinement to compensate for excess time served, to shorten his term of supervised release. See id. at 39.

The BOP Online Inmate Locater states that the BOP released Mr. Hachem from BOP custody on December 9, 2022.  Accordingly, the district judge should deny Mr. Hachem's § 2241 petition, and the cross-motions for summary judgment, as mooted by his release.

## Conclusion

For the foregoing reasons, the magistrate judge recommends that the § 2241 petition (Doc. No. 1), and the cross-motions for summary judgment (Doc. Nos. 5, 9), be denied as moot.  The district judge should direct the Clerk to enter judgment and close the case.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  The objection period may be extended upon motion.  Failure to file any objection within the specified time waives the right to appeal the district court's Order.  See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).  Only those issues raised in the written objections "'are subject to review in the district court,'" and any issues "'not preserved by such objection are precluded on appeal.'"  Id. (citations omitted).

_____
Andrea K. Johnstone
United States Magistrate Judge

January 18, 2023

cc:  Marwan Hachem, pro se
     Heather A. Cherniske, Esq.